[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10787

Non-Argument Calendar

_____

ANGELA MCGRUDER,

Plaintiff-Appellant,

*versus*

U.S. POSTMASTER GENERAL,

Defendant-Appellee.

DOES,
Government, Inclusive I through V, et al.,

Defendants.

2                    Opinion of the Court                    24-10787

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:22-cv-24979-RH-HTC

_____

Before ROSENBAUM, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The 60-day statutory time limit required Angela McGruder to file a notice of appeal from the district court's May 4, 2023 final order and judgment on or before July 3, 2023. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B). However, McGruder did not file her notice of appeal until March 14, 2024. Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Hamer v. Neighborhood Hous. Servs. of Chi.*, 583 U.S. 17, 26-27 (2017).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.